Slip Op. 17-87

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| FORMER EMPLOYEE OF MARLIN FIREARMS CO., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES SECRETARY OF LABOR, <br><br> Defendant. | Before: Hon. Jane A. Restani <br><br> Court No. 11-00060 |

## JUDGMENT

Having considered Plaintiff's Application for Fees and Other Expenses Pursuant to the Equal Access to Justice Act (EAJA Application), ECF No. 28, and having granted in part the EAJA Application, ECF No. 61,

IT IS HEREBY ORDERED that defendant shall pay attorney's fees in the amount of $16,655.71 to counsel for plaintiff, the Jerome N. Frank Legal Services Organization.

Date:   July 17, 2017                                          /s/   Jane A. Restani
                                                               Jane A. Restani
                                                                     Judge